IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ST. LOUIS EFFORT FOR AIDS, )
et al., )
              Plaintiffs, )
)
vs. )    Case No. 13-4246-CV-C-ODS
)
JOHN HUFF, Director of the )
Missouri Department of Insurance, )
Financial Institutions and )
Professional Registration, )
              Defendant. )

## ORDER LIFTING STAY AND DIRECTING PARTIES TO SUBMIT PROPOSED SCHEDULING PLAN

On January 23, 2014, the court granted in part Plaintiffs' Motion for Preliminary Injunction and denied Defendant's Motion to Dismiss. Defendant appealed, and on March 13, the Court stayed the case pending the outcome of the appeal. The Court of Appeals affirmed part of the preliminary injunction and vacated part of the preliminary injunction, and issued its mandate on May 6, 2015.

The previously-imposed stay is lifted. The parties shall confer and submit a Scheduling Plan that provides a jointly proposed schedule for accomplishing the tasks necessary to litigate this case to a final judgment. If the parties cannot agree on the tasks or associated schedule, they shall jointly submit a document describing their points of agreement and points of disagreement, along with an explanation of their respective positions.

The parties' submission shall be filed on or before June 26, 2015.

IT IS SO ORDERED.

DATE: May 26, 2015

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT